AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David J. Elkins
_Plaintiff_

v.

FAA, Two Unknown Agencies, et al
_Defendant_

Civil Action No. 8:12-CV-2009-T-35-TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Unknown Agencies A

12 SEP 11 PM 2:5[?]   RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

US Attorney's Office
400 N. Tampa St., Ste. 3200
Tampa, FL. 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: SEP 11 2012

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

David J. Elkins
_____
Plaintiff
v.

FAA, 2 UNKNOWN AGENCIES, ET AL
_____
Defendant

Civil Action No. 8:12-CV-2009-T-35TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNKNOWN AGENCIES B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

US ATTORNEY'S OFFICE
400 N. TAMPA ST., SUITE 3200
TAMPA, FL. 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 1 2012

Signature of Clerk or Deputy Clerk