AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

2012 SEP 24 PM 1:20
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

David J. Elkins
_____
Plaintiff

v.

FAA, Two Unknown Agencies, et al
_____
Defendant

Civil Action No. 8:12-CV-2009-T-35-TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Unknown Agencies A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

US Attorney's Office
400 N. Tampa St., Ste. 3200
Tampa, FL. 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 11 2012

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Unknown Agency A
was received by me on *(date)* 9-18-12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   See "other" below   ; or

☒ Other *(specify):* Tampa U.S. Attorney's Office (Laurie-Ann Potter) refused service because Agency A is unknown.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/21/12

*Shirley M. Elkins*
Server's signature

Shirley M. Elkins
Printed name and title

4743 38th Ave N
St. Petersburg, FL. 33713
Server's address

Additional information regarding attempted service, etc:

See attached declaration