IN THE UNITED STATES DISTRICT COURT
TAMPA DIVISION, TAMPA, FLORIDA

2012 SEP 24 PM 1:20
CLERK, DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

DAVID J. ELKINS,
      Plaintiff,

CASE: 8:12-cv-2009-T-35TGW

SERVER'S DECLARATION
CONCERNING RETURN OF
SERVICE FOR UNKNOWN
AGENCIES A AND B

v.

FEDERAL AVIATION ADMINISTRATION,
TWO UNKNOWN AGENCIES, ETAL,
      DEFENDANTS.

---

I, Shirley M. Elkins. am returning the summons issued by the US District Court of Tampa unserved for unknown agency "A" and unknown agency "B" for the following reason: On September 18, 2012 I served summons at the US Attorney's Office at 400 N. Tampa Street, Suite 3200 for the Federal Aviation Administration FOIA action 8:12-cv-2009. The US Attorney's office accepted service for the FAA but refused for the summons for unknown agency "A" and unknown agency "B", because the agency's. real name was not named on summons.

Pursuant to 28 USC sec 1746 I declare under the penalty of perjury that the foregoing is true and correct and this declaration was executed in Tampa, FL on the 21stday of September, 2012.

*Shirley M. Elkins*
9/21/12