IN THE UNITED STATES DISTRICT COURT
TAMPA DIVISION, TAMPA, FLORIDA

DAVID J. ELKINS,
    Plaintiff,

CASE: 8:12-cv-2009-T-35TGW
MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56 (c)

v.

FEDERAL AVIATION ADMINISTRATION,

UNKNOWN AGENCY "A" DEFENDANTS.
UNKNOWN AGENCY "B" ET AL

Now comes the plaintiff to move this court for summary judgment FRCP 56 (c) in the above captioned case. Since the defendant Federal Aviation Administration failed to answer complaint in the allotted time, plaintiff moves the court for a prevailing judgment withstanding on his behalf. This motion also contains a standard for review under FRCP 56 (c)

David J. Elkins Pro Se
4743 38th Ave. N.
Saint Petersburg Fl, 33713

FILED

IN THE UNITED STATES DISTRICT COURT
TAMPA DIVISION, TAMPA, FLORIDA

**DAVID J. ELKINS,**
     **Plaintiff,**

CASE: 8:12-cv-2009-T-35TGW
MOTION FOR SUMMARY
JUDGMENT UNDER FRCP
56 ( c )

v.

**FEDERAL AVIATION ADMINISTRATION,**

     **DEFENDANTS.**
UNKNOWN AGENCY "A" ET AL
UNKNOWN AGENCY "B"

Now comes the plaintiff to move this court for summary judgment FRCP 56 (c) in the above captioned case. Since the defendant Federal Aviation Administration failed to answer complaint in the allotted time, plaintiff moves the court for a prevailing judgment withstanding on his behalf. This motion also contains a standard for review under FRCP 56 (c)

STANDARD FOR REVIEW

Under Celotex Corp. v Catrett, 477 U.S. 317, 106 S. C.t 2548, 91 L. Ed 265, 1986 US 118, the court must consider all materials on file and there is any issue of material fact in dispute. The plaintiff moves for summary judgment under FRCP 56 ( c )(e)(3). Defendnts have chosen not to dispute this action by not answering the complaint in a timely manner. Therfore plaintiff moves this court to compel release of records unredacted previously denied under "High 2" or records unpredicted that were denied under exception 7 (a) thru 7(e) or that no determination of release of records was made under 5 USC sec 552 (a)(6)(j).

1. Release unpredicted all records denied under "High 2" in Elkins v FAA et al 3:08 CV 1073
2. Release all records unredacted requested FOIA# 2011-008400ES, FOIA# 2011-008402ES, FOIA# 2011-008403ES
3. The FAA, by affidavit explain the extraordinary circumstances they were not able to make a determination of release or denial in the allotted time described in the

statute 5 USC sec 552 (a)(6)(A)(i), (a)(6)(B)(ii)(iii)(III), (a)(6)(C)(i)

4. Name "unknown agency "A", and unknown agency "B"

5. Release unredacted all records denied under 7 (a) for

FOIA #2010-008393ES September 14, 2010.

### DECLATORY

Holding that The FAA agreement to withold making a determination as to release violated 5 USC sec 552 (a)(6)(i), (a)(6)(B)(ii)(iii)(III), (a)(6)(C)(i) of the statute and the Open Government Act 2007 section 6

Holding that the FAA can not use Excemption 7(a) thru 7(f) which it is reserved for a law enforcement agency's

*David J. Elkins* Pro Se
4743 38th Ave. N.
Saint Petersburg Fl, 33713

## **CERTIFICATE OF SERVICE**

I, David J. Elkins, certify that today, November 27th, 2012, that one copy of each of the following:

1. MOTION FOR JUDGMENT BY DEFAULT
2. MOTION FOR SUMMARY JUDGMENT
3. ORDER GRANTING SUMMARY JUDGMENT
4. CERTIFICATE OF SERVICE

were hand delivered to:

United States Attorney's Office
300 N. Tampa Street, Ste. 3200
Tampa, FL. 33602

David J. Elkins, pro se
4743 38th Avenue North
St. Petersburg, FL. 33713
727-415-8480
shirleyelkins@rocketmail.com