UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

David J. Elkins
    Plaintiff,

v.                                  Case No.: 8:12-CV-2009-MSS-TGW

Federal Aviation Administration,
Unknown Agency A, Unknown
Agency B
    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Judgment by Default (Dkt. 11) and Plaintiff's Summary Judgment Motion (Dkt. 12). Plaintiff seeks entry of a default judgment against Defendant Federal Aviation Administration for failing to answer the Complaint in the allotted time. (Dkt. 11) A review of the record reveals that Shirley M. Elkins served Laurie-Ann Potter, who Plaintiff claims is designated by law to accept service of process on behalf of the Federal Aviation Administration ("FAA"). (Dkt. 7) According to Rule 4(i) (2) of Federal Rules of Civil Procedure, in order to serve a "United States agency …, a party must **serve the United States** and **also send a copy of the summons and of the complaint by registered or certified mail to the agency**…." Fed. R. Civ. P. 4(i)(2)(emphasis added). To serve the United States, a party must under Rule 4(i)(1):

  (A)  (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

       (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

1

Case 8:12-cv-02009-TGW   Document 13   Filed 12/04/12   Page 2 of 2 PageID 74

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1)(A)-(C). Plaintiff has failed to provide proof that he properly served the United States by sending a copy of the Complaint and Summons by registered or certified mail to the Attorney General of the United States at Washington D.C. In addition, Plaintiff does not disclose Laurie Ann-Potter's affiliation with the FAA or her legal standing that enables her to accept service of process for the FAA.

Plaintiff's service of process is therefore insufficient, and the Court has no power to render judgment. See Valdez v. Feltman (In re Worldwide Web Systems, Inc.), 328 F.3d 1291, 1295 (11th Cir. 2003). If a party is not validly served with process, proceedings against that party are void. Aetna Bus. Credit, Inc. v. Universal Decor & Interior Design, Inc., 635 F.2d 434, 435 (5th Cir.1981). Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Judgment by Default (Dkt. 11) and **DENIES** without prejudice Plaintiff's Summary Judgment Motion (Dkt. 12).

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of December 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2