# IN THE UNITED STATES DISTRICT COURT
## TAMPA DIVISION, TAMPA, FLORIDA

DAVID J. ELKINS,
    Plaintiff,

CASE: 8:12-cv-2009-T-35TGW

v.

MOTION FOR PRESIDNING JUDGE TO ASSIGN CM/ECF FILING NUMBER FOR PLAINTIFF

FEDERAL AVIATION ADMINISTRATION,
UNKNOWN AGENCY "A",
UNKNOWN AGENCY "B", etal,
    Defendants.

---

Now comes the plaintiff to move this court to assign CM/ECF filing number to allow plaintiff file electronically all future motion, affidavits, etc. Plaintiff already has a Pacer account, and has used this method in the past in the US 9th circuit. It will help the plaintiff financially because of the distance between Saint Petersburg and Tampa, and help the US district court in Tampa cut down on paper filling.

Respectfully submitted this JANUARY day of 17 , 2013.

_David J. Elkins_
David J. Elkins, pro se
4743 38th Ave. N.
St Petersburg, FL 33713
727-415-8480
shirleyelkins@rocketmail.com