UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

David J. Elkins
    Plaintiff,

v.                                   Case No.: 8:12-CV-2009-MSS-TGW

Federal Aviation Administration,
Unknown Agency A, Unknown
Agency B
    Defendants.
_____/

### ORDER

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Presiding Judge to Assign CM/ECF Filing Number to Plaintiff. (Dkt. 21) Upon consideration of the foregoing, it is hereby **ORDERED** that Plaintiff's Motion (Dkt. 21) is **GRANTED**. The Court directs Plaintiff to register for CM/ECF and create his login and password by going to the Court's website at www.flmd.uscourts.gov under the CM/ECF – Login section. Further, the Court directs Plaintiff to enter an email address on his CM/ECF account and electronically file a notice of compliance with this Court's Order by February 5, 2013.

    The Court notes that, even though Plaintiff is proceeding pro se, he is obligated to follow the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Administrative Procedures for Electronic Filing when litigating before this Court. Therefore, the Court directs Plaintiff to review these rules prior to filing any documents on CM/ECF. Failure to abide by the rules may result in the Court's termination of Plaintiff's CM/ECF access. Plaintiff may obtain a copy of the Local Rules

of the Middle District of Florida and the Administrative Procedures for Electronic Filing from the Court's website at www.flmd.uscourts.gov.

**DONE** and **ORDERED** in Tampa, Florida, on this 22nd day of January 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties