UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID J. ELKINS,

    Plaintiff,

v.                                    CASE No. 8:12-CV-2009-T-TGW

FEDERAL AVIATION
ADMINISTRATION, UNKNOWN
AGENCY A, and UNKNOWN
AGENCY B,

    Defendants.
_____

## O R D E R

THIS CAUSE came on for consideration upon the Motion for Extension of Time for Service Pursuant to FRCP 4(i)(1)(4) (Doc. 38), the Motion to Compel Opposing Counsel to Disclose Names of Unknown Agency A and Unknown Agency B Pursuant [to] LRCP 3.04 and FRCP 37(a)(1)(4) (Doc. 41), the Motion to Amend/Correct the Motion to Compel (Doc. 43), and the Motion to Amend Pleading and Add Outstanding FOIA 2013-002230ES Pursuant [to] LRCP 4.01 (Doc. 42).

The plaintiff moves for an Order compelling defendant Federal Aviation Administration ("FAA") to disclose the names of Unknown Agency

A and Unknown Agency B (Doc. 41). However, as the FAA has previously pointed out, the records requested by the plaintiff in this Freedom of Information Act ("FOIA") case are the FAA's records, and the FAA will be the agency to produce records responsive to the plaintiff's FOIA request (see Doc. 39, p. 3). Accordingly, the FAA is the only properly named defendant in this case. The plaintiff's motion to compel will therefore be denied.

The plaintiff also seeks to amend his complaint to add "FOIA 2013-002230ES" to the action (Doc. 42). The defendant has not filed a response to this motion. Therefore, in light of the requirements of Local Rule 3.01(b), it will be assumed that the defendant has no objection to the requested relief. Thus, this motion will be granted.

It is, therefore, upon consideration,

ORDERED:

1. That the Motion to Compel Opposing Counsel to Disclose Names of Unknown Agency A and Unknown Agency B Pursuant [to] LRCP 3.04 and FRCP 37(a)(1)(4) (Doc. 41) and the Motion to Amend/Correct the Motion to Compel (Doc. 43) be, and the same are hereby, **DENIED**.

2. That the Motion for Extension of Time for Service Pursuant to FRCP 4(i)(1)(4) (Doc. 38) be, and the same is hereby, **DENIED** as moot.

3. That the Motion to Amend Pleading and Add Outstanding FOIA 2013-002230ES Pursuant [to] LRCP 4.01 (Doc. 42) be, and the same is hereby, **GRANTED**. The plaintiff shall file his second amended complaint (Doc. 42-1) as a stand alone document in the docket within 10 days of the filing of this Order.

4. The defendant was previously given permission, though not required, to file its own Case Management Report (Doc. 40). The defendant has not done so to date. If the defendant so chooses, it may file a Case Management Report within 14 days of the filing of this Order. In the absence of such a filing, the dates proposed in the plaintiff's Case Management Report (Doc. 29) will be considered and a scheduling Order will be entered accordingly.

DONE and ORDERED at Tampa, Florida, this 2nd day of May, 2013.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE