# PLAINTIFF'S EXHIBIT 2
# PART A

# Air traffic control

From Wikipedia, the free encyclopedia

*Plaintiff's Exhibit 2 P. 1*

**Air traffic control** (**ATC**) is a service provided by ground-based controllers who direct aircraft on the ground and through controlled airspace, and can provide advisory services to aircraft in non-controlled airspace. The primary purpose of ATC worldwide is to prevent collisions, organize and expedite the flow of traffic, and provide information and other support for pilots.[1] In some countries, ATC plays a security or defensive role, or is operated by the military.

To prevent collisions, ATC enforces traffic separation rules, which ensure each aircraft maintains a minimum amount of empty space around it at all times. Many aircraft also have collision avoidance systems, which provide additional safety by warning pilots when other aircraft get too close.

In many countries, ATC provides services to all private, military, and commercial aircraft operating within its airspace. Depending on the type of flight and the class of airspace, ATC may issue *instructions* that pilots are required to obey, or *advisories* (known as *flight information* in some countries) that pilots may, at their discretion, disregard. Generally the pilot in command is the final authority for the safe operation of the aircraft and may, in an emergency, deviate from ATC instructions to the extent required to maintain safe operation of their aircraft.



Airport Traffic Control Tower at Bordeaux–Mérignac Airport



Airport Traffic Control Tower (ATCT) at Suvarnabhumi Airport, Thailand. (The world's tallest).

# Contents

- 1 Language
- 2 History
- 3 Airport control
    - 3.1 Ground control
    - 3.2 Local control or air control
    - 3.3 Flight data / clearance delivery
    - 3.4 Approach and terminal control
- 4 En-route, center, or area control
    - 4.1 General characteristics
    - 4.2 Radar coverage
    - 4.3 Flight traffic mapping
- 5 Problems
    - 5.1 Traffic
    - 5.2 Weather

Air traffic control - Wikipedia, the free encyclopedia
Case 8:12-cv-02009-TGW   Document 93-4   Filed 02/03/14   Page 3 of 4 PageID 659
Ex. 2, p. 2

- 6 Call signs
- 7 Technology
- 8 Air navigation service providers (ANSPs) and traffic service providers (ATSPs)
- 9 Proposed changes
- 10 ATC regulations in the United States
- 11 See also
- 12 References
- 13 External links



Traffic Control Tower at Oslo-Gardermoen Airport, Norway

## Language

Pursuant to requirements of the International Civil Aviation Organization (ICAO), ATC operations are conducted either in the English language or the language used by the station on the ground.[2] In practice, the native language for a region is normally used; however, the English language must be used upon request.[2]

## History

In 1921, Croydon Airport, London was the first airport in the world to introduce air traffic control.[3] But the first air traffic controller was Archie W. League in St. Louis in 1929. During that time he used a pair of signal flags to direct air traffic. A few years later in Cleveland the first radio equipped control room began, along with 83 radio beacons across the country. By 1936, 3 ARTCCs were operational in Newark, Cleveland and Chicago. 1946 there was the first radar-equipped tower but installation was limited. Not until June 30 1956 mid-air collision over the Grand Canyon was there major advancements in radar surveillance. 1970 FAA established the a prototype Central Flow Control Facility. In 1981 there was the largest air traffic controllers strike witch resulted in Reagan firing 11,000 strikers. Then on September 11 2001 tragedy struck the United States. ACT trains people for engine failures, fires, medical emergencies, bomb threats and even hijackings. But bring down every plane in the air safely?



Airport Traffic Control Tower at Juanda International Airport, Indonesia

- Guided 4,500 planes carrying 350,000 passengers in U.S. controlled airspace to safe landings.
- Brought in roughly 75 percent of those planes within a hour of the order.

- Rerouted more than 1,100 of the 4,500 flights with in the first 15 minutes of the landing order, about one every second.
- Dealt with a limited work force by improvising. Many controllers in the West were not yet on duty.
- Cleared the skies over America within 2.5 hours, accomplishing this without any loss of separation between aircraft.
- Landed all planes in the rate of 30 a minute over that 2 1/2 hour period [4]

## Airport control

The primary method of controlling the immediate airport environment is visual observation from the aerodrome control tower (TWR). The tower is a tall, windowed structure located on the airport grounds. **Aerodrome** or **Tower** controllers are responsible for the separation and efficient movement of aircraft and vehicles operating on the taxiways and runways of the airport itself, and aircraft in the air near the airport, generally 5 to 10 nautical miles (9 to 18 km) depending on the airport procedures.

Surveillance displays are also available to controllers at larger airports to assist with controlling air traffic. Controllers may use a radar system called Secondary Surveillance Radar for airborne traffic approaching and departing. These displays include a map of the area, the position of various aircraft, and data tags that include aircraft identification, speed, altitude, and other information described in local procedures. In adverse weather conditions the tower controllers may also use Surface Movement Radar (SMR), Surface Movement Guidance and Control Systems (SMGCS) or Advanced SMGCS to control traffic on the manoeuvring area (taxiways and runway).

The areas of responsibility for TWR controllers fall into three general operational disciplines; Local Control or Air Control, Ground Control, and Flight Data/Clearance Delivery—other categories, such as Apron Control or Ground Movement Planner, may exist at extremely busy airports. While each TWR may have unique airport-specific procedures, such as multiple teams of controllers ('crews') at major or complex airports with multiple runways, the following provides a general concept of the delegation of responsibilities within the TWR environment.


New LaGuardia Airport (LGA) Control Tower in New York City


Control Tower Brussels Airport


Inside the São Paulo-Guarulhos International Airport's tower, Latin America's busiest airport.